# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

The Honorable Maria Musti Cook,   :
in her official capacity as the   :
President Judge of the Court of   :
Common Pleas of York County,   :
Nineteenth Judicial District; and   :
The Court of Common Pleas of   :
York County,   :
                Petitioners   :
  :
        v.   :   No. 161 M.D. 2021
  :
The Pennsylvania Labor Relations   :
Board; and SEIU Local 668 PSSU,   :
           Respondents   :

## PER CURIAM                  ORDER

**NOW**, April 5, 2024, pursuant to Section 416 the Commonwealth Court's Internal Operating Procedures, 210 Pa. Code § 69.416, the above-captioned Memorandum Opinion, filed on November 2, 2022, shall be designated OPINION and shall be REPORTED.